**Thomas H. LUPO, Plaintiff–Appellant,**

v.

**NORFOLK SOUTHERN CORPORATION, Defendant–Appellee,**

* Honorable Richard W. Goldberg, Judge, U.S. Court of International Trade, sitting by desig-

**William Sirmans, Defendant.**

**No. 06–10985**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 25, 2006.

Grant G. Morain, Grant G. Morain, P.C., Atlanta, GA, for Plaintiff–Appellant.

William C. Thompson, Weissman, Nowack, Curry et al., Atlanta, GA, for Defendant–Appellee.

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

The sole question this appeal presents is whether triable issues of fact exist regarding the ownership/control of the railroad crossing where appellant was injured. The answer to the question is no, for the reasons stated in the district court's January 5, 2006 granting appellee summary judgment.

**AFFIRMED.**